IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JUSTIN TRAVION ONEAL BOSTON : | |
| Plaintiff : | |
| v. : | CASE NO. 5:12-cv-117-CAR-MSH |
| : | 42 U.S.C. § 1983 |
| Warden CARL HUMPHREY, *et. al.* : | |
| Defendants. : | |

## **RECOMMENDATION OF DISMISSAL**

Plaintiff moved to proceed *in forma pauperis* in this action, which was granted on April 17, 2012. In that Order, Plaintiff was directed to pay an initial partial filing fee of $2.10 within twenty-one days. (Order 2, April 17, 2012, ECF No. 8.) Plaintiff did not pay the initial partial filing fee within the allotted time. Consequently, on July 31, 2012, this Court entered a text-only order directing Plaintiff to show cause why the initial partial filing fee has not be paid and why his case should not be dismissed for this failure. Plaintiff has failed to respond to the Court's show cause order and has failed to pay the $2.10 initial partial filing fee.

WHEREFORE it is recommended that Plaintiff's Complaint be **DISMISSED** for failure to pay the filing fee and comply with the Court's July 31 Order. Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiff may serve and file written objections to this recommendation with the United States District Judge within fourteen (14) days after being served a copy of this recommendation.

SO RECOMMENDED, this 11th day of September, 2012.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE