IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JUSTIN TRAVION ONEAL BOSTON, :
:
    Plaintiff, :
: Case No. 5:12-cv-117-CAR-MSH
v. : 42 U.S.C. § 1983
:
Warden CARL HUMPHREY, *et al.*, :
:
    Defendants. :
_____

### ORDER ON MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 10] to dismiss this case for Plaintiff's failure to pay the $2.10 initial partial filing fee and noncompliance with the Court's Order to Show Cause on July 31, 2012.  Plaintiff filed no objection to this Recommendation and has not contacted the Court since May 2, 2012.  Plaintiff received ample notice and opportunity to contact this Court and has been warned that failure to do so would result in dismissal of this action.  Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**, and this case is hereby **DISMISSED** without prejudice.

    **SO ORDERED**, this 23rd day of October, 2012.

                                    S/ C. Ashley Royal
                                    C. ASHLEY ROYAL, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

BBP